# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ESTRADA PASTRANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROADRUNNER TRANSPORTATION SYSTEMS, INC., a corporation; ROADRUNNER TRANSPORTATION SERVICES, INC., a corporation; ROADRUNNER FREIGHT, an entity of unknown form; DARRIL HOUGH, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-07587-TJH-JC<br><br>*Assigned To*<br>The Honorable Terry J. Hatter, Jr.,<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**   [JS-6]<br><br>FAC Filed:   June 10, 2020<br>Trial Date:   Vacated |

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: AUGUST 5, 2021

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE